

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2019

No. 04-18-00211-CV

Nancy L. **TANKERSLEY** and Charlie R. Tankersley,
Appellants

v.

**TRIPLE I. RANCHES, A TEXAS PARTNERSHIP**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13940
Honorable Spencer W. Brown, Judge Presiding

# O R D E R

On October 16, 2018, we issued an order abating this appeal because appellants, Charlie R. Tankersley and Nancy L. Tankersley, were in bankruptcy. Subsequently, appellee Triple I Ranches, A Texas Partnership, filed a motion to reinstate the appeal. A certified copy of an order dismissing the bankruptcy action, and thereby lifting the automatic stay, was attached to the motion. *See* TEX. R. APP. P. 8.3(a). We granted the motion to reinstate and ordered the appeal reinstated on the court's active docket. We ordered appellants to file their brief in this court on or before April 25, 2019. However, appellants filed neither the brief nor a motion to extend time to file the brief.

We therefore **ORDER** appellants to file in this court, **on or before May 10, 2019**, their appellants' brief and a written response reasonably explaining their failure to timely file the brief. If appellants fail to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See id.* R. 38.8(a).

We **order** the clerk of this court to serve a copy of this order on appellants, who are pro se, and counsel for appellee.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2019.



KEITH E. HOTTLE,
Clerk of Court